**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6393**

---

ROBERT ALLEN BLACK,

                                        Petitioner - Appellant,

        versus

EARL BESHEARS, Warden; ATTORNEY GENERAL FOR
THE STATE OF MARYLAND,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
98-1571-DKC)

---

Submitted:  July 22, 1999          Decided:  July 27, 1999

---

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Allen Black, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Allen Black seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Black v. Beshears, No. CA-98-1571-DKC (D. Md. Feb. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2